BEFORE THE THIRD DIVISION, DECEMBER 18, 1951

No. 56177.—Doulton & Co., Inc. *v.* United States, protests 146861-K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56178.—Radmar Trading Corporation *v.* United States, protest 167795-K (Mobile).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 56179.—Schneider Bros. & Co., Inc., et al. *v.* United States, protests 173645-K (A), etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56180.—William Brand & Co. and National Wine & Liquors, Inc. *v.* United States, protests 174059-K (A) and 167825-K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.